UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.: 3:25-mj-02101 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| ALEXANDER THOMPSON | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through the undersigned Acting United States Attorney hereby moves this Court to substitute Acting United States Attorney Robert E. McGuire in the place of John Benjamin Schrader as the attorney for the United States in this case.

Respectfully submitted,

By:    */s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, I provided a copy of this Notice of Substitution of Counsel to opposing counsel by electronically filing the foregoing pleading with the clerk of the court by using the CM/ECF system.

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant United States Attorney